UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE OPERATING
ENGINEERS'LOCAL 324 PENSION
FUND, et al.,

     Plaintiff(s),

v.

IMPERIAL POWER SERVICES,
INC., et al.,

     Defendant(s).

Case No. 26-cv-10520

Honorable Robert J. White

## ORDER FOR EXTENSION OF TIME

This matter is before the Court on Defendants Imperial Power Services, Inc. and Imperial Crane Services, Inc. Unopposed Motion for Extension of Time to Answer or Otherwise Plead on or by May 1, 2026 (ECF No. 7).

**IT IS HEREBY ORDERED** that the Motion is GRANTED. Defendants' responsive pleading shall be filed on or before May 1, 2026.

SO ORDERED.

Dated: April 23, 2026

s/Robert J. White
Robert J. White
United States District Judge